# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **KATHY M. COX,** | : |
| Plaintiff, | : |
| vs. | :   CIVIL ACTION 07-00865-WS-C |
| **MICHAEL J. ASTRUE,** **Commissioner of Social Security,** | : |
| Defendant. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated May 23, 2008 is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this 25th day of June, 2008.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE